UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| DESPINA NEUPH LUCAS, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | **JUDGMENT IN A CIVIL CASE** |
| ) | **CASE NO. 2:23-CV-33-D** |
| SOCIAL SECURITY ) | |
| ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendant's motion to dismiss [D.E. 19] and DISMISSES plaintiff's complaint.

This Judgment filed and entered on March 28, 2024, and copies to:
Despina Neuph Lucas    (via US Mail to 101 W. Airstrip Road, #178, Kill Devil Hills, NC 27948)
Krystle S. McMullan    (via CM/ECF electronic notification)
Samantha Zeiler        (via CM/ECF electronic notification)
Wanda D. Mason         (via CM/ECF electronic notification)

March 28, 2024

Peter A. Moore, Jr.
Clerk of Court

By: /s/ Stephanie Mann
Deputy Clerk